## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **CRIMINAL NO. 1:19-CR-00316** |
| | : | |
| v. | : | |
| | : | (Chief Judge Conner) |
| DARIAN DAVIS RAY, | : | |
| | : | |
| Defendant. | : | |

### ORDER
September 30, 2020

On September 30, 2020, the defendant appeared before the undersigned for a hearing on alleged pre-trial release violations pursuant to the government's motion (*doc. 45*) for revocation of pretrial release.  The Court found that the defendant violated the conditions of his release.

**IT IS HEREBY ORDERED** that the government's motion to revoke the defendant's pre-trial release is **GRANTED**.  This Court's February 24, 2020, order (*doc. 34*) setting conditions of release is **REVOKED** and the defendant, Darian Davis Ray, is **ORDERED DETAINED** pending trial.

*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge