IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:19-CR-316 |
| v. | : (Judge Conner) |
| **DARIAN DAVIS RAY**, | : |
| Defendant | : |

## ORDER

AND NOW, this 6th day of November, 2020, upon consideration of the motion (Doc. 37) to suppress by defendant Darian Davis-Ray, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 37) is DENIED.

/S/ Christopher C. Conner
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania